

```
FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:16-MJ-355 |
| MICHAEL DAVID HENDERSON DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __July 29, 2016__, _____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __DOUGLAS F. McCORMICK__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/28/16__

DOUGLAS F. McCORMICK
U.S. ~~District Judge~~/Magistrate Judge